RECEIVED
AUG 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN ROCH JONES, Petitioner | CIVIL ACTION NO. 1:18-CV-619-P |
| VERSUS | JUDGE DEE D. DRELL |
| TIM HOOPER, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** with prejudice as time-barred.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of August, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE